IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HAYDEN AREA REGIONAL SEWER BOARD, an Idaho joint powers entity, and CITY OF POST FALLS, an Idaho municipal corporation and political subdivision of the State of Idaho,<br><br>    *Plaintiffs*,<br><br> and<br><br>CITY OF COEUR D'ALENE, an Idaho municipal corporation and political subdivision of the State of Idaho,<br><br>    *Plaintiff-Intervenor,*<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; LISA P. JACKSON, in her capacity as Administrator of the United States Environmental Protection Agency; and DENNIS MCLERRAN, in his capacity as Regional Administrator of Region 10 of the United States Environmental Protection Agency,<br><br>    *Defendants*,<br><br> and<br><br>AVISTA CORPORATION, a Washington corporation, KAISER ALUMINUM FABRICATED PRODUCTS, LLC, a Delaware corporation, and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>    *Defendant-Intervenors.* | Case No. 2:10-cv-00362-EJL<br><br>ORDER STAYING PROCEEDINGS |

Plaintiffs (Hayden Area Regional Sewer Board and the City of Post Falls) have moved that the litigation be stayed until, the earlier to occur of, (i) final National Pollutant Discharge Elimination System permits have been issued to Plaintiffs and Plaintiff-Intervenor City of Coeur d'Alene and all appeals and challenges to these final permits have run or (ii) such time as the Court lifts the stay upon a motion by any Party that the stay is no longer necessary or appropriate or that the stay is being abused.  Defendants (United States Environmental Protection Agency, Lisa P. Jackson, and Dennis McLerran) have consented to this motion.  Defendant-Intervenors (Avista Corporation, Kaiser Aluminum Fabricated Products, LLC, and Spokane County) do not oppose this motion.

For good cause shown, the motion to stay (Dkt. 70) is GRANTED.  During the stay, Plaintiffs, Plaintiff-Intervenor, and Defendants will prepare and file with the court a joint status report at least once every three months on the status of the permitting process and the appropriateness of continuing the stay.  Further, the Court grants leave to the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Due to the stay, the Court also finds the two pending motions to intervene (Dkts. 26 and 40) are DENIED WITHOUT PREJUDICE. The potential intervenors will have the opportunity to participate in the public comments periods related to the permits being requested.  Additionally, the parties have represented that they expect this litigation will be unnecessary if the permit agreement in principle can be approved by the necessary agencies.  Also, the Court notes that it appears that Plaintiffs have been keeping the parties moving to intervene informed of the settlement process and have been served

them with the motion to stay.  If the stay to this litigation is lifted in the future to allow the litigation to proceed, the Court grants leave to the Spokane Riverkeepers and the City of Spokane to renew their motions to intervene.

    IT IS SO ORDERED.

DATED: **September 19, 2011**

Honorable Edward J. Lodge
U. S. District Judge